| AO-10 Rev 1/89 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App 1, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| TAYLOR, GARY L. | United States District Court Central District of California | Aug. 5, 1990 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| Judge, U.S. District Court | August 3, 1990 | Jan. 1, 1989 |

| Home or office address | to |
|---|---|
| Orange County Superior Court 700 Civic Center Drive, West Santa Ana, CA 92702 | July 15, 1990 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS.   (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE   (No reportable positions)

| ~~Director~~ | ~~Old Courthouse Museum Society (nonprofit org.)~~ |
|---|---|

## II. AGREEMENTS.   (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE   (No reportable agreements)

| ~~Jan. - Aug. 1989~~ | ~~Final payment from former law partnership: Menke, Evans & Ikola~~ |
|---|---|

## III. NON-INVESTMENT INCOME.   (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | | |
| ☐ NONE   (No reportable non-investment income) | | |
| | ~~Menke, Evans & Ikola (final payout, former law partnership)~~ | ~~$ 23,000~~ |
| 6, 7 & 10/89 | Rutter Group (3 cont. educ. seminars) | $ 1,500 |
| | State of Calif. & Orange Co. judicial salary ('89) | 84,117 |
| | State of Calif. & Orange Co. judicial salary (1990 to date) | 49,470 |
| | | $ |

Digitized by Google

| .ANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Kent, Samuel B. | Date of Report<br>August 6, 1996 |
|---|---|---|

## II. INVESTMENTS and TRUSTS--income, value, transactions. (Includes those of spouse, partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during period | | C.<br>Gross value at<br>end of period | | D.<br>Transactions during period<br>(Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt.<br>Code[1]<br>(A-H) | Type<br>(e.g., div.) | Value<br>Code[2]<br>(J-P) | Value<br>Method<br>Code[3]<br>(Q-W) | Type<br>(e.g., sold) | Date:<br>Month-<br>Day | Value<br>Code[2]<br>(J-P) | Gain<br>Code[1]<br>(A-H) | Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| [1] Interest in Royston, Rayzor, Vickery & Williams | P | Partner. Dist. | O | U/W | -- | -- | -- | -- | -- |
| [2] Accrued Interest in Royston, Rayzor, Vickery & Wms. Keogh | -- | -- Plan | N | T | -- | -- | -- | -- | -- |
| [3] Deposits in N.C.N.B. Bank, Galveston, Tx. (Savings/Ck.) | A | Savings Interest | L | T | -- | -- | -- | -- | -- |
| [4] Mitchell Energy Co. Payments Re Oil Production Royalties | A | Royalties | A | T | -- | -- | -- | -- | -- |
| [5] | | | | | | | | | |
| [6] | | | | | | | | | |
| [7] | | | | | | | | | |
| [8] | | | | | | | | | |
| [9] | | | | | | | | | |
| [10] | | | | | | | | | |
| [11] | | | | | | | | | |
| [12] | | | | | | | | | |
| [13] | | | | | | | | | |
| [14] | | | | | | | | | |
| [15] | | | | | | | | | |
| [16] | | | | | | | | | |
| [17] | | | | | | | | | |
| [18] | | | | | | | | | |
| [19] | | | | | | | | | |
| [20] | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

RE REPORT (cont'd)

Name of Person Reporting

Kent, Samuel B.

## ıL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

affirm that differences in investments from those reported
war are exempt from disclosure.

: I am confirmed as a judicial officer, I will immediately resign

ınt law firm. My complete interest in said firm and its Keogh plan will

. at that time. (See Secs. I, II, VII. )

es listed will be paid in full upon my departure from said firm.

I. )

## CERTIFICATION.

n compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on ıcial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any ıdicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or pendent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent ıhildren, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Samuel B. Kent_                                    Date August 6, 1990

NOTE:    ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1.    Mail signed original and 3 additional copies to:       Judicial Ethics Committee
                                                            Administrative Office of the
                                                            United States Courts
                                                            Washington, DC 20544

       ïver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not
       'ated with a specific court, such as employees of the Administrative Office and the Federal
       Center, need not file a copy with any court.)

Digitized by Google

## FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 5,200 | 00 | Notes payable to banks—secured | 76,369 | 00 |
| U.S. Government securities—add schedule | | 00 | Notes payable to banks—unsecured | | 00 |
| Listed securities—add schedule | | 00 | Notes payable to relatives | | 00 |
| Unlisted securities—add schedule | | 00 | Notes payable to others | | 00 |
| Accounts and notes receivable: | | | Accounts and bills due | | 00 |
| Due from relatives and friends | | 00 | Unpaid income tax | | 00 |
| Due from others | | 00 | Other unpaid tax and interest | | 00 |
| Doubtful | | 00 | Real estate mortgages payable—add schedule | 70,228 | 00 |
| (1. Real estate owned—add schedule | 250,000 | 00 | Chattel mortgages and other liens payable | | 00 |
| Real estate mortgages receivable | | 00 | Other debts—itemize: | | |
| Autos and other personal property | 99,000 | 00 | 1. Anticipated monthly draws, re 1990 Firm income | 75,000 | 00 |
| Cash value—life insurance | 5,600 | 00 | 2. Misc. charge cards, etc | 4,200 | 00 |
| Other assets—itemize: | | | (incl. cont. | | |
| 1. Vested interest in R,R,V & W (Approx.) | 250,000 | 00 | liab.) | | |
| 2. Firm Keogh Plan | 93,193 | 00 | Total liabilities | 404,847 | 00 |
| 3. Anticipated 1990 Firm. Income | 240,000 | 00 | Net worth Assets | 942,993 | 00 |
| Total assets | 942,993 | 00 | Total liabilities and net worth | 538,146 | 00 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | 00 | Are any assets pledged? (Add schedule.) | No | |
| On leases or contracts | | 00 | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | | 00 | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | 179,050 | 00 | | | |
| Other special debt | | 00 | | | |

(1.) Residence, 4809 Denver Dr., Galveston, Texas 77551.

(2.) Notes Payable to Banks - Secured:
Alief Alamo Bank, Houston, Texas - Personal loan          $48,500.00
Alief Alamo Bank, Houston, Texas - Auto loan          $ 6,675.00
Alief Alamo Bank, Houston, Texas - Auto loan          $ 6,294.00
Keogh Plan - Two (2) loans -          $14,900.00
          (+accrued interest)

Digitized by Google